IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JONATHAN WARE**                                                                                       **PLAINTIFF**

**CASE NO. 3:17-CV-109-JM**

**RON HUNTER, et al.**                                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 17th day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE